FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV
2012 JAN 19 PM 12: 14
D Jayh
SO. DIST. OF GA

Brett Mathew Lattin
7443 SSN
11493-091 Inmate #

CV212-012

(Enter above full name of plaintiff or plaintiffs)

v.

Federal Bueary of Prisons
Federal Correctional Institution
Jesup Ga

(Enter above full name of defendant or defendants)

I.  Previous lawsuits
    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes _____    No __X__
    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to previous lawsuit:
       Plaintiffs: _____

       Defendants: _____

    2. Court (if federal court, name the district; if state court, name the county): _____

    3. Docket number: _____

    4.    Name of the judge assigned to case: _____

    5.    Disposition (for example, was the case dismissed? Appealed? Is it still pending?):
        _____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

    8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees?)
        Yes _____    No _____

B.    While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
    Yes _____    No __X__

If your answer to B is yes, describe each lawsuit in the space provided below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to previous lawsuit:
        Plaintiffs: _____
        _____
        Defendants: _____
        _____

    2.    Court (name the district): _____

    3.    Docket number: _____

    4.    Name of judge assigned to case: _____

    5.    Disposition (for example, was the case dismissed? Appealed? Is it still pending?):
        _____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?
   Yes _____   No _____

C. As to any lawsuit filed in federal court where you allowed to proceed *in forma pauperis*, was any suit dismissed on the grounds that it was frivolous, malicious, or Failed to state a claim?   Yes _____   No __X__

1. If your answer to C is yes, name the court and docket number for each case:

   _____   _____
   _____   _____
   _____   _____
   _____   _____

II. Place of present confinement: Federal Correctional Institution Jesup Ga (SHU)
   A. Is there a prisoner grievance procedure in this institution?   Yes __X__   No _____
   B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes __X__   No _____
   C. If your answer to B is yes:
      1. What steps did you take? I wrote specific grievances about my concerns to my safety and detailed account of being sexually assaulted in a shower by two Correctional Officers to SIS/SIA Office, Warden Haynes and to the Regional Directors Office in Atlanta.

      2. What was the result? I was interviewed about sending out complaints to the Regional Director I was chastised for doing so. Then on Dec 16th I was assaulted again in a shower as a retaliation by one of the original officers who assaulted me.

      3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes __X__   No _____
         If yes, what was the result? I was Assaulted a Second time as a retaliation.

3

D. If you did not utilize the prison grievance procedures, explain why not:

_____
_____
_____
_____

III. Parties (in Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on attached sheet.)

A. Name of plaintiff: *Brett Mathew Lattin 11493-091*
   Address: *Federal Correctional Institution 2600 Hwy 301 South Jesup Ga 31599*

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of the defendant: *Federal Correctional Institution*
   Position:
   Place of employment: *2600 Hwy 301 South Jesup Ga 31599*
   Current address:

C. Additional defendants: *Please read Statement of Claim for additional*

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege

4

a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Upon arriving in Jesup Ga I was used by LT D Prichard as a Confidential Informant. I was not opposed to helping them after securing promises to help my release. SPS/SIA has many recorded conversations of me working for them. I was placed in the Special Housing Unit on Sep 14 2011 for my own safety. I was working on a SIA operation to catch Correctional Officer Jackson bringing contraband onto the Low Compound. A death threat was sent to the prison after I was placed in SHU and by a Correctional Officer. It was about me and showed to me 10 days later.

On Sunday 13 November 10:00 am I was Sexually Assulted in the 300 Range Shower of the Special Housing Unit. This was done by Correctional Officers Snook and Forsythe.

I wrote the proper correspondence to LT Hicks of the SHU, LT D Prichard of SIS, LT Tincher of SIA, Warden Haynes and the Regional Director. I was then interviewed by SIS LT Acker. He replaced LT D Prichard. Instead of showing concern for my safety or situation he and LT Tincher were both upset that I had written paper work to the Regional Director asking for relief. I had stated I wasn't safe to these people and I needed to be transferred.

Directly after that meeting I was asked by Officer Forsythe "What the fuck was that all about". I wrote a copout telling this to LT Acker.

5

On December 16th two days later, I was assulted again. December 16th 2011 approx 10:00am after Showering I was handcuffed from behind my back by Correctional Officer Snook. I was Violently Pushed Forward Causing me to Fall onto a tile Floor and raised drain Pan. With my hands cuffed behind my back I was unable to Protect myself nor was I a threat. I was knocked unconcious. I was sent to the Emergency room in Jesup Ga. I was released after 3:00am in the morning on the 17th of Dec. I had a Suvere Concussion, Broken nose, Cut Face, Bruised Face, Bruised Kidneys, Torn Back muscles and Torn Tendons in my lower Back. I may also be facing Problems with Spinal discs. I'm still Waiting on medical Procedures to see why I still have back Pain and Partially Numb legs. I'm still Urinating Blood.

I have also re Submitted my requests for help Since my last request and assult but have recieved none.

V.     Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Take me out of B.O.P. Custody. Place me either with US Marshalls or FBI for my safety. I have Camp level points and have never recieved any discipline problems in prison so Home Confinment should be an option until the outcome of this case.

Reduce my sentence sending me Home, with a possibility of expunging my felony.

Agree to a set amount of compensation that will cover my future medical expenses

Agree to a set amount of compensation for my pain and suffering for both physical and mental duress.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of January, 2012.

Prisoner No. 11493-041

(Signature of Plaintiff)

7