TRULINCS 11493091 - LATTIN, BRETT MATHEW - Unit: BIG-S-C

*Cv212-12*

FROM: 11493091
TO: Lattin, Becca
SUBJECT: Filing
DATE: 03/02/2012 08:44:43 AM

Clerk of the District Court,

 Would you please help me by filing these papers in my case and showing them to the judge as evidence. I have been denied help by the B.O.P. due to time constraints that they put on me for filing. Also they are refusing me proper medical attention. I need the courts help.

Brett Lattin

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 18, 2012

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : BRETT MATHEW LATTIN, 11493-091
                 UNT: A    QTR: Z03-305UDS
      2600 HIGHWAY 301 SOUTH
      JESUP, GA 31599


RECEIVED
JAN 2 4 2012
WARDEN'S OFFICE

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 667302-R1        REGIONAL APPEAL
DATE RECEIVED   : JANUARY 10, 2012
SUBJECT 1       : FURLOUGHS - OTHER
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOUR APPEAL IS UNTIMELY. REGIONAL APPEALS (BP-10)
                MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                RESPONSE OR RECEIPT OF THE DHO REPORT. THIS TIME
                INCLUDES MAIL TIME.

**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Lattin, Brett M.    REG. NO. 11493-091    UNIT: SHU    INSTITUTION: FCI Jesup

**Part A - REASON FOR APPEAL**

Regional Director,

I'm sending this to you on 12-27-11. I recieved it today and belive they are trying to make it invalid by giving it to me late. Since writing this bp-9 to Warden Haynes I have been assulted again. In the shower on 12-16-11. By C.O. Snook. My situation is getting worse by the day. I'm asking you for relife. I was informed that the procedure would be easy to turn me over to U.S. Marshalls for transfer. They would then allow me to furlow. I'm mentally exausted and in danger. Will you please help me. I dont want to be assulted again. Furlow me please as soon as possible.

DATE: 12-27-11    SIGNATURE OF REQUESTER: [signature]

**Part B - RESPONSE**

RECEIVED JAN 10 2012 REGIONAL COUNSEL'S-SERO BUREAU OF PRISONS

---

DATE _____    REGIONAL DIRECTOR _____

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____ LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE _____    SIGNATURE, RECIPIENT OF REGIONAL APPEAL _____

USP LVN    BP-230(13) JUNE 2002

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Lattin Brett M.**      **11493-041**      **SHU**      **FCI Jesup**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – INMATE REQUEST**

Warden Haynes, I'm writing this to ask for your help. I have requested this form for 6 weeks. I have spent 60 plus days in S.H.U. I'm asking to be transferred out of Jesup on a Furlow. After speaking to Dr Corey in Psycology he told me that it would be easy. He also told me that in my case it would be beneficial. I humbly request that I'm sent to my next institution on a furlow. I recieved your letter and disagree with your lack of concern for my situation. However I will not dispute it and only ask that you help me. My family has been without me long enough and I will endure more hardships and safety risks traveling in B.O.P custody. Given that I have camp points and was a self surrender I'm qualified to Furlow transfer and could be at my next institution in days as opposed to months without the risk of more mental strain.

Please Help me

15 Nov 2011
DATE                                                              SIGNATURE OF REQUESTER

**Part B – RESPONSE**

_____
DATE                                                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                                     CASE NUMBER: _____

                                                                   CASE NUMBER: _____

**Part C – RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE                                  RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

## ADMINISTRATIVE REMEDY RESPONSE

**INMATE: LATTIN, Brett**  
**REG. NO.: 11493-091**

**REMEDY NO.: 667302-F1**  
**RECEIVED: December 5, 2011**

This is in response to your Request for Administrative Remedy wherein you claim you are eligible for furlough transfer. As relief, you request a furlough transfer to your next institution.

A review of your complaint revealed that you are currently in the Special Housing Unit pending a Close Supervision transfer, code 323. According to Program Statement 5280.09, Inmate Furloughs, "An inmate may travel via 'transfer furlough' from a low or minimum security level institution to a minimum security level institution if the inmate is a minimum security level inmate and has OUT or COMMUNITY custody." You are not eligible because you are transferring from a Special Housing Unit, are low security level, and have IN custody.

Based on the aforementioned, your request for relief is denied. If you are not satisfied with this response, you may appeal on the appropriate form to the Regional Director, Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia, 30331-6226. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____  
Anthony Haynes, Warden

12/13/11  
Date

## ADMINISTRATIVE REMEDY RESPONSE

**INMATE: LATTIN, Brett**  
**REG. NO.: 11493-091**

**REMEDY NO.: 667302-F1**  
**RECEIVED: December 5, 2011**

This is in response to your Request for Administrative Remedy wherein you claim you are eligible for furlough transfer. As relief, you request a furlough transfer to your next institution.

A review of your complaint revealed that you are currently in the Special Housing Unit pending a Close Supervision transfer, code 323. According to Program Statement 5280.09, Inmate Furloughs, "An inmate may travel via 'transfer furlough' from a low or minimum security level institution to a minimum security level institution if the inmate is a minimum security level inmate and has OUT or COMMUNITY custody." You are not eligible because you are transferring from a Special Housing Unit, are low security level, and have IN custody.

Based on the aforementioned, your request for relief is denied. If you are not satisfied with this response, you may appeal on the appropriate form to the Regional Director, Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia, 30331-6226. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____  
Anthony Haynes, Warden

12/13/11  
Date

## ADMINISTRATIVE REMEDY RESPONSE

**INMATE: LATTIN, Brett**  
**REG. NO.: 11493-091**

**REMEDY NO.: 667302-F1**  
**RECEIVED: December 5, 2011**

This is in response to your Request for Administrative Remedy wherein you claim you are eligible for furlough transfer. As relief, you request a furlough transfer to your next institution.

A review of your complaint revealed that you are currently in the Special Housing Unit pending a Close Supervision transfer, code 323. According to Program Statement 5280.09, Inmate Furloughs, "An inmate may travel via 'transfer furlough' from a low or minimum security level institution to a minimum security level institution if the inmate is a minimum security level inmate and has OUT or COMMUNITY custody." You are not eligible because you are transferring from a Special Housing Unit, are low security level, and have IN custody.

Based on the aforementioned, your request for relief is denied. If you are not satisfied with this response, you may appeal on the appropriate form to the Regional Director, Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia, 30331-6226. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____  
Anthony Haynes, Warden

12/13/11  
Date

## ADMINISTRATIVE REMEDY RESPONSE

**INMATE: LATTIN, Brett**  
**REG. NO.: 11493-091**

**REMEDY NO.: 667302-F1**  
**RECEIVED: December 5, 2011**

This is in response to your Request for Administrative Remedy wherein you claim you are eligible for furlough transfer. As relief, you request a furlough transfer to your next institution.

A review of your complaint revealed that you are currently in the Special Housing Unit pending a Close Supervision transfer, code 323. According to Program Statement 5280.09, Inmate Furloughs, "An inmate may travel via 'transfer furlough' from a low or minimum security level institution to a minimum security level institution if the inmate is a minimum security level inmate and has OUT or COMMUNITY custody." You are not eligible because you are transferring from a Special Housing Unit, are low security level, and have IN custody.

Based on the aforementioned, your request for relief is denied. If you are not satisfied with this response, you may appeal on the appropriate form to the Regional Director, Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia, 30331-6226. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____  
Anthony Haynes, Warden

Date 12/13/11





U.S. Department Of Justice
Federal Bureau of Prisons

*Southeast Regional Office*



Building 2000
3800 Camp Creek Parkway S.W.
Atlanta, Georgia 30331

January 18, 2012

Brett Lattin
Reg. No. 11493-091
FCI JES
2680 Highway 301 South
Jesup, GA  31599

Re:   Administrative Claim #TRT-SER-2012-01701

Dear Claimant:

This acknowledges receipt of an administrative tort claim you are submitting for filing wherein you allege damage to or loss of personal property. The claim was accepted for filing on December 30, 2011, by the agency involved in your personal injury/property loss. The Government is afforded six months from the date the claim is accepted for filing to make a final disposition regarding your claim. Therefore, an answer to your claim will be mailed on or before June 29, 2012. It is your responsibility to keep this office apprised of your present address.

If not included with your claim, you will need to provide a complete copy of all records (**do not send originals as they will not be returned**) in your possession relating to this claim as well as a detailed description of the events surrounding the alleged loss. You are advised that failure to provide this information may result in delay in processing, or prejudice the outcome of your claim.

Sincerely,

Lisa M. Sunderman
Regional Counsel

S A JES
Received Rubitun

My Name is Brett Hattin. I'm writing you this letter to humbly Request a near release transfer, or that you consider transfering me to the closest Place to my home. Grand Prairie, TX

As of now I'm in the S.H.U. in Jesup Ga F.C.I. I was told that I would be transfered out of here. I know that all I can do is explain my situation to you and Pleed for you to send me home or close to it.

I have never been disciplined in Prison. I've never been in trouble. I have never been given a shot. I have camp points. I'm a good father and I have two children who miss me very much. I will say that I don't belive I can be placed anywhere in the B.O.P. and get away from the problems that the F.B.I and S.I.S have created.

The Places I'm requesting to be transfered to are Home to home confinement, To the Camp at Yankton S.D. or to the Camp or Low in Englewood Colorado.

There are the only places that my Family can afford to come visit me. We don't have a lot of money and my 2 year old daughter has health condition that prevent her from traveling by plane. Yankton S.D. Camp is close enough to drive to and so is Englewood S.D.

I have recived a letter from my Sons Psycologist stating that he is deteriorating without contact with me. He is 8 years old and Mentally Unstable. When I was shipped the first time it was to Jesup Ga. I have not seen him in a year. He has progressivly gotten worse. I hear that the long term effects that this will have on him could be devistating. I do not have a long time left. With Halfway house in Wyoming I will be in prison for roughly one more year. But that year could be devistating for two children who haven't seen me for a year already.

- I have asked for your address for the past 5 weeks so I could write you this letter. I have also requested bp-10's for the last 5 weeks to gain administrative relife from racist profiling. I know that you will be given a report on me. I would like to add that I was not given a choice for what happened. The S.I.S/S.I.A Dept here in Jesup made me do what I was doing. They have since then not told me anything. I refused to sign a false statement against a black Correctional Officer as well. Now I'm being transfered. I was told that you get to make your own decision on where I go. I pray that you help me out. Please send me home or as close as you can in South Dakota or ~~Colorado or~~ Englewood Colorado. I'm asking you this to help me and my family.

- I will ask that you put a copy of this on file please.

Thank You

Brett Lattin

Verification needs:

Sons Pyscologist

Renee Arsenault
Big Horn Elementery P.O. Box 420
Big Horn Wy
82833
308 421 0650

Steve Lattin (Sheriff)
Morrill Co Sheriffs Office
308 631 2529
308 586 2772

- Brett Lattin
  11493-091

Home-State Wyoming

I have 2 Children in Wyoming
         1 Child in Denver Colorado

Transfer Requests in order: 1 Home to Home Confinement
                            2 Camp at Yankton South Dakota
                            3 Camp or Low in Englewood Colorado.

- Release Date without halfway house
  July 2013

My Daughter can't Fly due to medical Problems

My Son has mental disabilities being affected by not seeing me.

I have Submitted Several bp-10's today 11-10-11 about racial Prejudice against me. Not being given information including your address.

- Son's Psycologist info for verification - Renee Arsenault
                                            Big Horn School
                                            507 421 0650

Brett Loftin 11493-001
Federal Satellite Low
2680 Hwy 301 South
Jesup Ga.
31549

DSCC
Grand Prairie Office Complex
US Armed Forces Reserve Complex
3460, Marine Forces Drive
Grand Prairie, TX 75051

75051+2412

JACKSONVILLE FL 322
16 NOV 2011 PM 2 T