4/9/2012

## Motion

Brett Mattew Lattin

v.

Federal Bureau of Prisons, et al

Case Number
CV 212-12

*[FILED stamp: 2012 APR 17 AM 9:18, CLERK, SO. DIST. OF GA, U.S. DISTRICT COURT]*

## Motion

1. I respectfully request that a motion be granted to me to release me to home confinement in my home state.

2. In the case my motion to be released to home confinement be denied that I be asigned Proper counsel to represent me in the Southern district of Georgia.

### Basis for Motion

Im currently in special housing unit as a direct result of this case. I can not Properly act as my own Plaintiff counsel from this confinement. Im eligible to be sent to my CCC Halfway house / Home confinement.

Under Penalty of Purgery

~~Brett~~ *[signature]*