**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

BRETT MATHEW LATTIN,                        :

        Plaintiff,                        :

        vs.                        :        CIVIL ACTION NO.: CV212-012

                  :

FEDERAL BUREAU OF PRISONS;                        :
FEDERAL CORRECTIONAL
INSTITUTION, Jesup, Georgia;                        :
Correctional Officer SNOOK; and                        :
Correctional Officer FORSYTHE,                        :

        Defendants.                        :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Federal Bureau of Prisons and the Federal Correctional Institution, Jesup, Georgia, are **DISMISSED**.

**SO ORDERED**, this ____7____ day of ____May_____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)