IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRETT MATHEW LATTIN,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS;
FEDERAL CORRECTIONAL
INSTITUTION, Jesup, Georgia;
Correctional Officer SNOOK; and
Correctional Officer FORSYTHE,

    Defendants.

CIVIL ACTION NO.: CV212-012

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Federal Bureau of Prisons and the Federal Correctional Institution, Jesup, Georgia, are **DISMISSED**.

SO ORDERED, this 7 day of May, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)