Under Penalty of Perjury

## Motion

Brett Laffin

P

vs

Case # CV212-12

Federal Bureau of Prisons et al

D

### Motion to Ammend

I'm asking the court to ammend my damages claim.

I would like to amend my claim to 30,000,000.00 Thirty Million Dollars.

Due to Long term damages that have now been found by CT Scans of my abdomen, Continual Bleeding in urine and extensive Psycological Damage.

Brett Laffin