8/11/2012
Under Penalty of Purgery
*[signature]*

Motion

Brett Mathew Lattin

vs

CV 212-012

Correctional Officer Snook
Correctional Officer Forsythe

*[FILED stamp: 2012 AUG 20 AM 9:18 CLERK US DISTRICT COURT SO. DIST. OF GA BRUNSWICK DIV]*

Motion To Supplement

Motion
Raising Damages Total from Original ammendment 30,000,000.00 TO 35,000,000.00

Addit - Defendants Added for Additional Damages
Motion Adding   Unit Mgr Rosiek - Texarkana
                Case Mgr Jones - Texarkana
                ITS Supervisor Rocky Patterson
                FCI Warden Carvajol

Motion To Grant Release TO RRC Halfway House or Home Confinement Immediatly

Motion TO Deny Defendants Motion to Dismiss.

BMA
8-11-2012

## Facts Supporting Basis of Motions

1. As of July 31 my Email has been taken away. This is a form of Communication for my family and what little legal advice I can get. It has been interrupted numerous times but no attempt by B.O.P. Staff has been made to restore.

2. BoP Psycologist Jamison has diagnosed me with Post Traumatic Stress Disorder Due directly to The Assult of Dec 16th 2011.

3. BOP Psycologist has begun experamenting With P.T.S.D. Drugs To begin Treatment. Current Drug is a 150 mg dose of Elavil Witch is used to help with my nightmares and stress induced anxiety Attacks.

4. BOP Psycologist has made recomendation I be removed from PTSD Catalist (Correctional) (Officers) as soon as possible. I'm Eligible for this now in the Form of my RRC Halfway House.

8-11-2012

5. Every day is an torturous state to a PTSD victim when forced to be around catalist.

6. CCA/RRC Halfway House is granted by my Unit Team
   Warden
   Unit Manager
   Case Manager.

7. My entire Unit Team has been advised of Psycologist Recomendation.

8. Rock Patterson is incharge of inmate email and refuses to answer numerous Request to Staff about why my Email is not working.

9. BOP Continues to move me to hinder my ability to represent myself, while the US Goverment has appointed a Prosecuting Attorney to defend the People who Assulted me.

BMA
8-11-2011

10. Federal Attorney has yet to bring any defense for my being assulted in Federal Custody. Rather I'm being Punished for being assulted by Federal Employees who are now being defended by Attorneys who Should be Prosecuting them.

11. My Health Status is
Post Traumatic Stress Disorder
Blood in my Urine
Separated Discs in my Back
Total Loss of Vision/Migrane Headaches

All of this is Permanant Damage that I'm fighting to get treated for, caused by the Defendants.

All of these Diagnosis made by BOP Doctors

12. I beg for the Courts ability to give me fair treatment. The only defense the defendants are offering are that

'as the victim of an assault' that I did not use the proper relief remedies. I did try to use the proper relief remedies. This is an issue I begged for help with. I continue to beg for the B.O.P. help through my Unit Team and proper channels but am constantly denied. They have not even followed the recomendation of their own medical staff to release me from my PTSD Stimulous. They do all of this in attempt to cover the fact that I was assulted by 2 Correctional Officers and have been Punished for it ever since I've tored to get help.

8-11-2012

Brett M Lattin

Under Penalty of Purgery