UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |  | |
|---|---|---|---|
| BRETT MATHEW LATTIN | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Civil Action No. CV212-012 | |
| | ) | | |
| Correctional Officer SNOOK; and | ) | | |
| Correctional Officer FORSYTHE, | ) | | |
| | ) | | |
| | ) | | |
| Defendants. | ) | | |

**OPPOSITION TO MOTION FOR RELEASE TO HALFWAY HOUSE**

Plaintiff in this *Bivens* action,[1] formerly an inmate at the Federal Correctional Institute in Jesup, Georgia ("FCI Jesup"), has filed a motion seeking his immediate release to a halfway house. Dkt. # 43. Defendants Snook and Forsythe were correctional officers at FCI Jesup when Plaintiff was incarcerated there, and Plaintiff is now incarcerated in Texarkana..

Defendants previously opposed Plaintiff's motion to amend his pleading to seek various forms of relief, including release to a halfway house. Dkt. # 42, opposing Dkt. # 39.

Defendants oppose the current motion for release to a halfway house for the reasons stated in Dkt. # 42, which is incorporated herein by reference.

---

[1] *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

This 6th day of September, 2012.

    Respectfully submitted,

    EDWARD J. TARVER
    UNITED STATES ATTORNEY

    s/ *Melissa S. Mundell*
    Melissa S. Mundell
    Assistant United States Attorney
    Georgia Bar No. 529475
    Post Office Box 8970
    Savannah, Georgia  31412
    (912) 652-4422

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served the foregoing **Opposition to Motion for Release to Halfway House** upon all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 6th day of September, 2012.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

s/ *Melissa S. Mundell*
Melissa S. Mundell
Assistant United States Attorney
Georgia Bar No. 529475
Post Office Box 8970
Savannah, Georgia  31412
(912) 652-4422