IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRETT MATHEW LATTIN,

    Plaintiff,

vs.

Correctional Officer SNOOK and
Correctional Officer FORSYTHE,

    Defendants.

CIVIL ACTION NO.: CV212-012

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which "objections" have been filed.[1] In his objections, Plaintiff states that he "refuse[s]" the Magistrate Judge's Report "for fraud". (Doc. No. 53). Plaintiff also states that he objects to the Report and Recommendation but "does not respond" to the Report. (Id.).

Plaintiff's "objections" are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, based on his failure to exhaust his administrative remedies prior to

---

[1] Plaintiff filed a pleading entitled "Opposition to Magistrate", which the undersigned construes as his objections to the Magistrate Judge's Report. (Doc. No. 53).

the filing of his Complaint.  The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _January_____, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA